**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rene Flores GONZALEZ, Defendant–Appellant.**

No. 02–20824.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 22, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Rene Flores Gonzalez, Forrest City, pro se.

Before JOLLY, JONES, and WIENER, Circuit Judges.

---

PER CURIAM.*

The attorney appointed to represent Rene Flores Gonzalez on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzalez has not filed a response. Our independent review of the briefs and the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in the case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

